# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LaBELLE, DODGE, CHRYSLER, JEEP, INC., a Florida limited liability company,

Appellant,

v.

RACHEL GRIFFITHS and RICHARD GRIFFITHS; and WESTERN SURETY COMPANY, a foreign corporation,

Appellees.

No. 2D2025-1640

————————————————

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Stephen Walker, Judge.

Christopher M. Harne of Willis & Harne, Orlando, Appellant LaBelle, Dodge, Chrysler, Jeep, Inc., a Florida limited liability company.

Jesse R. Butler of Dickinson & Gibbons, P.A., Sarasota, for Appellees.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.